# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: C. R. BARD PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION ) ) ) ) | Master File No. 2:10-md-02187 MDL No. 2187 |
| THIS DOCUMENT RELATES TO: ) ) | |
| *Eunice Arruda* ) | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |
| *v.* ) | |
| *C.R. Bard, Inc.* ) | |
| <u>Case No. 2:12-cv-8880</u> ) | |

## PLAINTIFF'S MOTION TO EXCLUDE THE <u>OPINIONS OF STEPHANIE MOLDEN, M.D., FACOG</u>

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Motion, Plaintiff Eunice Arruda respectfully requests that the Court enter an order excluding the expert testimony proffered by defense expert witness, Stephanie Molden, M.D., FACOG.

Dated: May 13, 2019

Respectfully submitted,

<u>s/ Merritt E. Cunningham</u>
Michael G. Stag, LSBA No. 23314
Merritt E. Cunningham, LSBA No. 32843
**STAG LIUZZA, L.L.C.**
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
(504) 593-9600 Telephone
(504) 593-9601 Facsimile
mstag@stagliuzza.com
mcunningham@stagliuzza.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2019, I electronically filed the foregoing Certificate of Service with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/* Merritt E. Cunningham
Merritt E. Cunningham
